# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## HELENA DIVISION

TRENT BREWER                                                                                          PLAINTIFF
REG. #24313-077

v.                                         NO: 2:11CV00119 JLH

T.C. OUTLAW *et al.*                                                                                DEFENDANTS

## **JUDGMENT**

    Pursuant to the Order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

    DATED this 23rd day of September, 2011.

*/s/ J. Leon Holmes*
UNITED STATES DISTRICT JUDGE