**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

TRENT BREWER                                                                                      PLAINTIFF
REG. #24313-077

v.                                           NO: 2:11CV00119 JLH

T.C. OUTLAW *et al.*                                                                          DEFENDANTS

## JUDGMENT

Pursuant to the Order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

DATED this 23rd day of September, 2011.

_____
UNITED STATES DISTRICT JUDGE